No. 02–1076. MICHIGAN v. JOHNSON. Ct. App. Mich. Certiorari denied.

No. 02–1088. LEIDER v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–1093. CITY OF SAN DIEGO, CALIFORNIA v. PAULSON; and
No. 02–1101. MT. SOLEDAD MEMORIAL ASSN., INC. v. PAULSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1164. FLUELLEN v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–1172. BAZARGANI v. HAVERFORD STATE HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1174. GREGORY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 02–1179. ZERLA v. ERWIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–1180. JONES, WARDEN, ET AL. v. PACE. C. A. 11th Cir. Certiorari denied.

No. 02–1182. OATMAN v. FUJI PHOTO FILM USA, INC. C. A. 5th Cir. Certiorari denied.

No. 02–1194. CAMPBELL v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–1198. BRINES ET AL. v. XTRA CORP. C. A. 7th Cir. Certiorari denied.

No. 02–1211. JOSEPH v. SALT LAKE CITY, UTAH, CIVIL SERVICE COMMISSION ET AL. Ct. App. Utah. Certiorari denied.

No. 02–1214. MAYES v. GALVESTON COUNTY, TEXAS, JUVENILE DETENTION CENTER ET AL. C. A. 5th Cir. Certiorari denied.